# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SUE GIBBS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 08-0196-KD-C** |
| ) | |
| **GEORGIA-PACIFIC WOODS** ) | |
| **PRODUCTS, LLC,** ) | |
| ) | |
|     **Defendant.** ) | |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse herself from any and all further involvement in this proceeding.

**DONE** and **ORDERED** this 2nd day of February, 2009.

                                            s / Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**